1  Mark R. Vermeulen [CSBN 115381]
   Law Office of Mark R. Vermeulen
2  755 Florida Street #4
   San Francisco, CA 94110.2044
3  Phone: 415.824.7533
4  Fax: 415.824.4833

5  Lawrence E. Biegel [CSBN 44426]
   Joseph A. Cisneros [CSBN 184907]
6  The Biegel Law Firm
7  2801 Monterey-Salinas Hwy., Suite A
   Monterey, CA 93940
8  Phone: 831.373.3700
   Fax: 831.373.3780
9
10 Amber D. Abbasi [CSBN 240956]
   Cause of Action
11 1919 Pennsylvania Ave. NW, Suite 650
   Washington, D.C. 20006
12 Phone: 202.499.4232
   Fax: 202.300.5842
13
14
   Attorneys for Defendant
15 NANCY BLACK

IT IS SO ORDERED
AS MODIFIED

*Judge Edward J. Davila*

12/17/2012

16              UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

18 UNITED STATES OF AMERICA,          ) No. CR 12-0002 EJD
                                      )
19          Plaintiff,                )
                                      ) **STIPULATION AND [PROPOSED] ORDER**
20     v.                             ) **CONTINUING HEARING AND EXCLUDING**
                                      ) **AND EXTENDING TIME**
21 NANCY BLACK,                       )
                                      )
22          Defendant.                )
23 _____)

24

25        A further status hearing is set in this case for December 17, 2012 at 1:30 p.m., with Defendant

26 Nancy Black's appearance being waived. The parties continue their discussions focused on a possible

   settlement and they desire to continue those discussions at this point. However, they will not be able to

27 conclude those discussions by December 17. The parties therefore believe that a continuance to a date

28 in January 2013 will be useful.

29

30

                                          -1-

Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the hearing currently set for December 17, 2012 be continued to February 11, 2013 at 1:30 p.m.

THE PARTIES FURTHER STIPULATE AND REQUEST that the Court find that the ends of justice are served by excluding the time from December 17, 2012 to February 11, 2013 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for Defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

Dated:  December 13, 2012

Melinda Haag
United States Attorney


/S/_____
Christopher L. Hale
Jeffrey B. Schenk
Assistant United States Attorneys



Dated:  December 13, 2012

/S/_____
Mark R. Vermeulen
Lawrence E. Biegel
Amber D. Abbasi
Attorneys for Defendant
NANCY BLACK

/ / /
/ / /
/ / /

**ORDER** AS MODIFIED

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the hearing currently set for December 17, 2012 shall be continued to February 11, 2013 at 1:30 p.m.

IT IS FURTHER ORDERED that the Court finds that the ends of justice are served by excluding the time from December 17, 2012 to February 11, 2013 from computation under the Speedy Trial Act because the failure to exclude time would unreasonably deny counsel for Defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and the ends of justice served by excluding the above time outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated: December 17, 2012

Edward J. Davila
United States District Judge