MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-5061
  Facsimile: (408) 535-5066
  Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY BLACK,<br><br>    Defendant. | No. CR 12-00002-EJD<br><br>[PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME FROM APRIL 15, 2013 TO APRIL 16, 2013 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the matter currently set before this Court on April 15, 2013 be continued to April 16, 2013. The Court further ORDERS that the time between April 15, 2013 and April 16, 2013 be excluded under the Speed Trial Act, Title 18, United States Code, Section 3161. The court finds that the failure to grant the requested continuance would unreasonably deny each counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The

1

court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

The hearing is continued to April 16, 2013 at 10:00 AM.

DATED: 4/5/2013

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE