```
Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Lawrence E. Biegel [CSBN 44426]
Joseph A. Cisneros [CSBN 184907]
The Biegel Law Firm
2801 Monterey-Salinas Hwy., Suite A
Monterey, CA 93940
Phone: 831.373.3700
Fax: 831.373.3780

Amber D. Abbasi [CSBN 240956]
Cause of Action
1919 Pennsylvania Ave. NW, Suite 650
Washington, D.C. 20006
Phone: 202.499.4232
Fax: 202.300.5842

Attorneys for Defendant
NANCY BLACK
```

**FILED**

APR 23 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY BLACK, <br><br> Defendant. | No. CR 12-0002 EJD <br><br> **STIPULATION AND [Proposed] ORDER DIRECTING PRETRIAL SERVICES TO RELEASE DEFENDANT'S PASSPORT TO THE DEFENDANT** |

The Pretrial Services Agency holds Defendant Nancy Black's passport. The Pretrial Services officer supervising Ms. Black has informed counsel that Pretrial Services may return Ms. Black's passport to her only if a court order directs them to do so.

/ / /

/ / /

/ / /

-1-

Based on the foregoing, THE PARTIES STIPULATE that the Pretrial Services Agency may return Defendant Nancy Black's passport to her.

IT IS SO STIPULATED.

Dated: April 23, 2013

Melinda Haag
United States Attorney

Christopher L. Hale
Jeffrey B. Schenk
Assistant United States Attorneys

Dated: April 23, 2013

Mark R. Vermeulen
Lawrence E. Biegel
Amber D. Abbasi
Attorneys for Defendant
NANCY BLACK

## ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that Pretrial Services Agency shall return Defendant Nancy Black's passport to her forthwith.

IT IS SO ORDERED.

Dated: April 23, 2013

Edward J. Davila
United States District Judge